## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**CHARLES DEON MATHEWS**

**UNDER SEAL**
**Case No. 4:23mj258-MAF**

### AFFIDAVIT IN SUPPORT OF AN
### APPLICATION FOR AN ARREST WARRANT

Your affiant, Kyle Treece, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     This affidavit concerns an investigation by law enforcement into offenses under federal criminal law, specifically bank robbery in violation of 18 U.S.C. § 2113.

2.     Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since February 2023. Your affiant presently is assigned to work a variety of criminal and national security matters, including domestic terrorism, violent crimes, and major offenses such as federal bank robberies and the apprehension of federal fugitives.



1

3.     During my training at the FBI Academy, Quantico, Virginia, your affiant received training in a variety of investigative and legal matters, including the topics of drafting of search warrant affidavits, Fourth Amendment searches, and probable cause. Prior to employment with the FBI, your affiant served as a Captain in the United States Army.

4.     This affidavit is based upon my personal knowledge; my review of documents and other evidence; and my conversations with other law enforcement officials. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that your affiant has learned during the course of this investigation.

5.     Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2113 (Bank Robbery) have been committed by Charles Deon MATHEWS and Shai Trymaine FIELDS for their involvement in the robbery of a Wells Fargo Bank in Tallahassee Florida on July 19, 2023.

## PROBABLE CAUSE

**Wells Fargo Bank Robbery in Tallahassee, Florida, July 19, 2023**

6.     On July 19, 2023, at approximately 2:24 PM, the Tallahassee Police Department (TPD) responded to Wells Fargo Bank (WFB), an FDIC insured corporation, located at 3121 Mahan Drive, Tallahassee, Florida, in response to a robbery. The report indicated that two suspects wearing masks and driving a blue vehicle robbed an ATM technician.

7.     Tallahassee Police Department (TPD) responded and determined the crime scene was located at the Automatic Teller Machine (ATM), which is a stand-alone ATM. The ATM is located on the east side of WFB. The ATM is in the far right (east) lane of the drive-through. The ATM in question is pictured below.



8.     A TPD officer made contact with the VICTIM, who is a repair technician for Diebold-Nixdorf. Diebold-Nixdorf maintains and repairs ATMs such as the one located at WFB. The VICTIM stated they parked their company van in the drive-through for the ATM and placed

a cone behind the vehicle. The VICTIM reported they arrived at

1:22 PM (EST) and worked on the ATM until approximately 2:19 PM

(EST), at which time they were approached by two masked black males.

9.      The VICTIM heard the vehicle pull up just west of the ATM

and stop, and two suspects exited the vehicle and approached the

VICTIM. In fear of the suspects being armed, the VICTIM put their

hands in the air and began to retreat toward the bank drive-through

window. Surveillance footage that captured the confrontation shows the

VICTIM ducking their head with their hands up. The photograph below

shows the incident with the date and time:



*Note the striped pants on the suspect on the left*

10.      As the VICTIM retreated to the bank's window, the two

suspects approached the ATM and removed four of the cassettes

containing U.S. Currency. Once the cassettes were removed from the

ATM, they were placed in the suspects' vehicle. The vehicle was later

determined to be a 2020 blue Nissan Rogue. Prior to the robbery the
vehicle can been seen on WFB security footage backing into a parking
space. The passenger exits the vehicle and can be seen moving to the
back of the vehicle. The tag was then obscured and captured on
surveillance footage which can be seen below. The vehicle had a white
mark or damage in the center of the driver's door, just below the level of
the driver's door handle:



11.     The VICTIM was interviewed by a TPD detective and stated
they had responded to two other repairs in Tallahassee prior to this
location. The VICTIM initially traveled to 2266 North Monroe Street,
where the VICTIM repaired/serviced the ATM at the Regions Bank. The
VICTIM departed the Regions Bank at approximately 10:51 AM (EST)
and then traveled to the WFB located at 1201 North Monroe Street to
repair/service the bank's ATM.  The VICTIM then departed the WFB on
North Monroe Street at approximately 12:50 PM (EST), before heading
to the WFB on Mahan Drive.

12.     The VICTIM is dispatched by a phone app on which he selects the locations to respond to and the app contains the information related to the problem and the location. The VICTIM referred to the response as a "work order." The VICTIM stated the work order for the Mahan Drive WFB was related to an error message indicating the safe door was not closed. Upon going through the security protocols to access the inner workings of the ATM and the secured safe, the VICTIM discovered that the ATM's sensor was bent outwards toward the safe door. Due to the bent sensor, the ATM produced a code stating the ATM's door was not closed.

13.     After repairing the sensor, but before the VICTIM could secure the safe, the two suspects arrived and approached in an aggressive manner, leading the VICTIM to believe they were armed. The VICTIM stated one of the two suspects accessed the safe by opening the door, and then releasing the locking mechanism for the tray to slide out. The VICTIM stated it appeared the suspects had a working knowledge of the system and knew how to access the cassettes.  The suspects removed cassettes two through five from the ATM.



14.   The four cassettes were later located on the side of Pedrick Road, between Mahan Drive and Buck Lake Road, which is about three miles away from the scene (see below):



15.   Agents with the Federal Bureau of Investigation (FBI) responded to the scene to assist. In addition, a detective with TPD's

Criminal Intelligence Unit (CIU) assisted with reviewing License Plate Recognition (LPR) devices and traffic cameras.

16.   Additional surveillance footage located during the investigation identified the suspect vehicle parked at the Bank of America, located at 2262 North Monroe Street at 1:45 PM prior to this robbery. (Note that this was one of the other locations that the VICTIM serviced prior to the robbery, see paragraph 11).

17.   The robbery at 3121 Mahan Drive, was documented via surveillance video. The robbery was confirmed to have occurred at 2:21 PM on July 19, 2023.

18.   TPD's CIU used video surveillance technology to track the suspect vehicle from North Monroe Street to the WFB located at 3121 Mahan Drive.

19.   The vehicle was further tracked by video surveillance technology into Jefferson County, Florida. The vehicle was captured on Jefferson County Road 257 at Interstate-10, at 2:57 PM. While tracking the suspect vehicle, a license plate tag number was identified.



20.     The vehicle was further tracked to Alachua County, Florida, where the vehicle was dropped off at the Gainesville, Florida Regional Airport, 3880 NE 39th Avenue, Gainesville, Florida 32609. The vehicle was captured on surveillance after being dropped off on July 19, 2023, at 4:41 PM. The recovered vehicle had the mark on the driver's door, matching the suspect's vehicle used during the robbery:





*Recovered vehicle*                    *Surveillance video of robbery*

21.     After the vehicle was delivered to the Gainesville airport, the occupants were tracked via airport surveillance cameras and identified when they purchased tickets for flights to Houston, Texas. The two suspects who drove the vehicle to Gainesville's airport and purchased tickets were Charles Deon Mathews, DOB 08/07/1993, and Shai Trymaine Fields, DOB 01/29/1993. The two suspects provided identification at Delta Airlines when the plane tickets were purchased. They also provided a cellular telephone number of (713) 373-2041 to Delta airlines.

22.     Several of the items of clothing worn by the suspects in the airport appear to match items worn by the suspects during the robbery:

 

*Note the striped garment on the suspects hands during the robbery
(left) and the socks worn while going through security in the
Gainesville, FL airport (right)*

 

*Note the striped pants and socks with blue stripe on the suspect
during the robbery (left) and the socks with blue stripe and striped
pants while going through security in the Gainesville, FL airport
(right)*

23.     Mathews and Fields left Gainesville on Delta Flight 2406, which departed Gainesville at 8:00 PM and arrived in Atlanta at 9:18 PM. They then flew on Delta Flight 1601, which departed Atlanta at 10:49 PM and arrived in Houston at 11:54 PM. The suspects' vehicle had previously been rented on July 15th at the Houston Airport under the name Kayla Fields-Goldsmith.

24.     While boarding the flight in Gainesville, one of the suspects noticed a camera on the jetway and turned his face away, evidencing consciousness of guilt:



25.     During this investigation, intelligence and information has been obtained that numerous groups of suspects in the Houston, Texas area are involved in crimes similar to the one in this investigation.  The intelligence obtained indicated the groups, or gangs, travel around Texas and out of state, targeting ATMs. The MO (Modus Operandi) involved multiple approaches; one being the theft of large trucks or construction equipment to forcibly remove ATMs, and the other is the process used in this incident where they target the repair technician.

### Chase Bank Robbery in Sterling Heights, Michigan on August 18, 2023

26.     On August 18, 2023, the ATM at the Chase Bank (an FDIC insured corporation) located at 40880 Dequindre Road, Sterling Heights, Michigan, was undergoing maintenance by an ATM service technician (a different VICTIM than Tallahassee) when it was robbed by two unknown black males.

27.     While the VICTIM was servicing the ATM, the two subjects approached the VICTIM in a white Chevrolet Equinox, exited the vehicle, and ordered the VICTIM on the ground. The cash door on the

ATM was already opened and the subjects retrieved trays of money,

approximately $150,780, from within the ATM. The subjects got back in

the vehicle and fled southbound on Dequindre Road. A witness called

911 and observed the Equinox pull into a parking lot where an occupant

was seen removing a cover from the license plate (note the similarity to

paragraph 10). A witness then observed the vehicle leaving southbound

on Dequindre and called 911 providing the following license plate

information: Florida tag number QZTL12.

28.    A FBI agent in Houston notified the FBI in Tallahassee that

the vehicle utilized in the Detroit ATM robbery was rented by Kayla

Fields-Goldsmith (note that this is the same individual who rented the

vehicle utilized in the ATM robbery in Tallahassee described above in

paragraph 23). FBI Tallahassee passed on information on the suspects

in the Tallahassee robbery to FBI Agents in Detroit. One of the

Tallahassee suspects, Charles Deon MATHEWS, was listed as a

passenger on Delta Flight 1633 flying out of Detroit on August 18, 2023,

at 9:02 PM EST and arriving in Houston at 10:55 PM. The phone

number Delta Airlines had listed for MATHEWS was (832) 423-4320.

14

29.     This phone number is also linked to MATHEWS through a cooperating defendant out of Houston. The cooperating defendant advised that MATHEWS committed a bank robbery in Dallas on March 10, 2023, and provided the phone number (832) 423-4320 for MATHEWS. The cooperating defendant also provided agents with a photograph of a large amount of US currency that he says he received from MATHEWS after the Dallas bank robbery.

## Phone Location Data Relative to Tallahassee, Florida and Sterling Heights, Michigan Robberies

30.     Since the robbery, the Court has signed a search warrant for information associated with MATHEWS' phone number, (832) 423-4320 (NDFL 4:23mj170-MAF). The Court also signed search warrants for historical "tower dumps" identifying all the phones connected to pertinent towers around relevant time periods (4:23mj144-MAF and 4:23mj169-MAF). Based on a review of that data, MATHEWS' phone utilized three different towers while in Tallahassee. These tower locations showed MATHEWS traveled on or around Mahan Drive less than one hour before the ATM robbery. His phone also utilized towers showing he traveled west on Interstate 10 and then south on Interstate 75 towards Gainesville.

31.    Phone number (713) 281-8105 was discovered to be associated with FIELDS and the Court authorized a search warrant for information associated with FIELDS' phone number (NDFL 4:23mj180-MAF).

32.    By comparing data received from the previously stated search warrants, it was discovered that MATHEWS was communicating with FIELDS while he was in Gainesville, Florida. FIELDS' phone was also active in Tallahassee, Florida, approximately 35 minutes before the robbery and located approximately five miles from the location of the robbery. FIELDS' phone utilized a tower located in the 2200 block on North Monroe Street at approximately 1:40 PM EST. The blue Nissan Rogue, believed to be the subjects' vehicle, can be seen on Bank of America's security footage, located at 2262 North Monroe Street, from approximately 1:30 PM EST to 1:45 PM EST. Furthermore, FIELDS' phone utilized a tower in Jefferson County in the area of I-10 and Highway 257 at approximately 2:52 PM EST. The subjects' vehicle was also identified through video surveillance in the area of I-10 and Highway 257 at 2:52 PM EST (which is where the blue

Nissan Rogue's license plate was able to be identified, see paragraph 19).

33.     Further investigation into MATHEWS' and FIELDS' location data revealed travel from Houston to Detroit from August 16th to August 18th. On the day of the robbery, location data revealed both MATHEWS and FIELDS were in the area of Dequindre Road in Sterling Heights around the time of the Chase Bank robbery.

## CONCLUSION

34.     Your affiant respectfully submits that probable cause exists to believe that **MATHEWS** and **FIELDS** violated of 18 U.S.C. § 2113 (Bank Robbery) for their conduct in the WFB ATM Robbery in Tallahassee, Florida on July 19, 2023.

Respectfully submitted,

KYLE TREECE
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on November 22, 2023.

CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE