# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                                             **Case No. 4:23cr63-RH**

**SHAI TRYMAINE FIELDS**
  and
**CHARLES DEON MATHEWS**

## UNOPPOSED MOTION FOR
## DISCOVERY PROTECTIVE ORDER

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 16(d)(1), and requests a protective order restricting how the defense may disseminate certain sensitive discovery materials. As grounds therefore, the Government states:

1. The Government has discovery materials to disclose which would identify cooperating witnesses or that contain sensitive or personal identifying information (PII) for a witness or codefendant. The free release of these discovery materials could pose a threat to the safety of the Government's cooperating witnesses or could be used to harass the affected parties.

2. As a result, the Government respectfully requests a protective order that would allow the defense teams to make appropriate use of the disclosed materials but not further disseminate them.

3. The Government's proposed protective order would allow the defense team to show materials to the Defendant but would not allow the defense team to give the Defendant copies of the materials or allow them to make recordings or take photographs of them, and would preclude the defense team from otherwise sharing the discovery material outside of the defense team.

4. Janese Caruthers (Attorney for Charles Mathews) and Armando Garcia (Attorney for Shai Fields) have both been consulted and have no objection to the proposed protective order.

WHEREFORE, for the above listed reasons, the undersigned requests that this Honorable Court grant the requested protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1).

RESPECTFULLY SUBMITTED, this 21st day of December, 2023.

        JASON R. COODY
        United States Attorney

        */s/ James McCain*
        JAMES A. McCAIN
        Assistant United States Attorney
        Florida Bar No. 0077536
        U.S. Attorney's Office - NDFL
        111 North Adams Street, 4th Floor
        Tallahassee, Florida 32301
        (850) 942-8430
        james.mccain2@usdoj.gov

## **STATEMENT OF CONSULTATION**

On December 20–21, 2023, pursuant to Local Rule 7.1(B), the undersigned counsel consulted with Janese Caruthers (Attorney for Charles Mathews) and Armando Garcia (Attorney for Shai Fields), and they have no objection to the proposed protective order.

        */s/ James McCain*
        JAMES A. McCAIN
        Assistant United States Attorney

## CERTIFICATE OF SERVICE AND WORD COUNT

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Attorneys for the Defendant electronically via ECF on this 21st day of December, 2023, and that this memorandum contains 425 words.

*/s/ James McCain*
JAMES A. McCAIN
Assistant United States Attorney